### JOHNSON v. THE STATE.

TURNER, J. The evidence adduced on the trial of this case in the county court warranted a conviction of the accused on the charge of using profane language in the presence of a female, in violation of the provisions of the Penal Code, § 396 ; and as the presiding judge, in charging the jury as to the law governing the case, fully and fairly submitted to them the questions on which they were called upon to pass, the court below properly declined, on certiorari, to set their verdict aside.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Submitted February 15,— Decided March 3, 1904.

Certiorari.　Before Judge Holden.　Morgan superior court. December 21, 1903.

*George & Anderson,* for plaintiff in error.
*J. E. Pottle, solicitor-general,* and *E. W. Butler,* contra.

---

### SURLES v. THE STATE.

FISH, P. J. The accused was convicted of assault and battery. The evidence fully authorized the verdict. The newly discovered evidence, even if true, showed no justification for the battery. The discretion of the trial judge in refusing to grant a new trial will not be interfered with.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Submitted February 15, — Decided March 3, 1904.

Indictment for assault and battery.　Before Judge Freeman. City court of Newnan.　December 26, 1903.

*A. H. Freeman* and *W. C. Wright,* for plaintiff in error.
*W. G. Post, solicitor,* and *W. L. Stallings,* contra.